In the Matter of the Claim of KATHLEEN FARRIGAN, Appellant, against BABCOCK & WILCOX Co. et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the widow of a deceased employee from a decision of the Industrial Commission disallowing a claim for death benefits upon the ground that decedent's injuries were received in the State of Connecticut upon work not connected with employment within the State of New York. The employer is a New Jersey corporation, engaged in erecting and installing steam boilers, authorized to do business within the State of New York. Its head-quarters for work done in Connecticut and other New England States are at 85 Liberty St., New York City, with an operating department at 76 Greenwich St. Decedent resided at 70 Corning St., West Albany, N. Y. From September, 1939, until January, 1940, he worked for his employer at Oswego, N. Y.; thereafter until May he worked in the vicinity of Albany for various contractors, when he was called by telephone from a superintendent of the employer and requested to undertake work at Naugatuck, Conn., where he worked for about three weeks. He continued to work in the latter State at New Haven, Bridgeport, Wallingford and Stamford, upon work being done by the employer at these various localities until the injury which caused his death in February, 1941. He was in the State of New York when hired, received his pay by check drawn upon a New York bank, and was under the general supervision of the New York City headquarters of the employer. On week ends he ordinarily returned to his home at Albany. Decision reversed and matter remitted to the State Industrial Board for further consideration, with costs to claimant-appellant against the respondents. All concur.